1004

[No. 31971-3-II.   Division Two.   October 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE WARREN SACKETT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05914-7, Rosanne Buckner J., entered July 13, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J.; Hunt, J., dissenting.

[No. 32261-7-II.   Division Two.   October 18, 2005.]

*In the Matter of the Marriage of* LINDA JEAN FERRIER, *Respondent*, and KARL WALTER FERRIER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-3-00085-5, F. Mark McCauley, J., entered September 9, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 32579-9-II.   Division Two.   October 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY STAVEN MITUNIEWICZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00817-6, Robert L. Harris, J., entered November 24, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 22945-9-III.   Division Three.   October 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HAIDER ABDULRIDHA AL-KHALEDY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00606-1, Vic L. VanderSchoor, J., entered April 7, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.